373 A.2d 1126

Commonwealth v. Hudson, Appellant.

Argued March 14, 1977. John R. Gailey, Jr., for appellant; Floyd P. Jones, Assistant District Attorney, and Donald L. Reihart, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

373 A.2d 1127

Commonwealth v. Hutchinson, Appellant.

Submitted November 16, 1976. R. Charles Thomas, and Bozic, Thomas & Johnson, for appellant; Donald E. Lewis, and Ballard Smith, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.